```
                          United States Bankruptcy Court
                           Middle District of Tennessee
```

In re:                                                            Case No. 16-06229-RSM
MARQUITA HOLLINS                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0650-3          User: adm2816          Page 1 of 1          Date Rcvd: Nov 28, 2016
                              Form ID: boc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +MARQUITA HOLLINS,    2993 MCMANUS CIRCLE,    Clarksville, TN 37042-1464

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
              JOHN RANDAL ROAN    on behalf of Creditor    USAA FEDERAL SAVINGS BANK jroan@roanlegal.com
              SCOTT D WILSON    on behalf of Debtor MARQUITA  HOLLINS wilsonlgl@hotmail.com,
               wilsonlegalservices@gmail.com
              US TRUSTEE    ustpregion08.na.ecf@usdoj.gov
                                                                                             TOTAL: 4

**Form boc**

# United States Bankruptcy Court

MIDDLE DISTRICT OF TENNESSEE

In Re:

    MARQUITA HOLLINS                          Bankruptcy Case No.
                                                       3:16−bk−06229

                                                        Chapter 13

## NOTICE OF BILL OF COSTS FOR COURT FEES

You are hereby notified that the Clerk of Court requires **MARQUITA HOLLINS** to pay **310.00 − CHAPTER 13 FILING FEE** in costs for the filing of the following in the above styled case:

    *1* – Chapter 13 Voluntary Petition Individual. Fee Amount is $310.00. Separately and Contemporaneously, an Application to Pay This Filing Fee in Installments or an Application to Waive Filing Fees is being filed. (WILSON, SCOTT)

Payment is requested within 14 days of this notice and shall be made by cash (DO NOT MAIL CASH), cashier's check or money order payable to:

                Clerk, U.S. Bankruptcy Court
                701 Broadway Room 170
                Nashville, TN 37203

Dated:11/28/16                                                                                              /s/MATTHEW T LOUGHNEY
                                                                                                       Court Clerk